## REDMON v. STATE.
### No. 19323.

Court of Criminal Appeals of Texas.
Jan. 19, 1938.

R. B. Gambill, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is burglary. The indictment embraced averments to the effect that appellant had, prior to the alleged commission of the present offense, been twice convicted of felonies less than capital. Because of repetition of offenses, the penalty was assessed at confinement in the penitentiary for life.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

No error appearing, the judgment of the trial court is affirmed.